STATE of Missouri, Respondent,

v.

**George M. KNIEST, Appellant.**

**No. ED 104166–01**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE**.

Filed: December 27, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied April 10, 2017

George M. Kniest (Acting Pro Se), Jefferson City, MO, for appellant.

Gregory L. Barnes, Jefferson City, MO, for respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, J., and Lisa Van Amburg, J.

### ORDER

#### PER CURIAM

George M. Kniest appeals from the circuit court's judgment denying his motion for post-conviction relief, which Kniest termed as a "motion for new trial/proceedings to vacate, set aside judgment, demanding finds of fact and conclusions of law, in the alternative allow an appeal to the Missouri Supreme Court in forma pauperis requesting counsel be assigned." We treat this motion as a successive motion for post-conviction relief pursuant to Rule 24.035. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).